| United States District Court | Southern District of Texas |
|---|---|

FLAME, S.A., §
§
    Plaintiff, §
§
versus § Civil Action H-10-1870
§
M.V. COMMENCEMENT, her equipment §
and appurtenances, *in rem*, §
§
    Defendant. §

## Order to Vacate and Dismiss

The order to arrest the M.V. *Commencement* (5) is vacated.

This case is dismissed.

Signed on May 26, 2010, at Houston, Texas.

                                          Lynn N. Hughes
                                United States District Judge